**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

| | |
|---|---|
| RE:   JEFFERY D HILL<br>           CARRIE G HILL<br>                    DEBTORS. | CASE NO: 6:18-71234R<br><br>(CHAPTER 12) |

**ORDER WITHDRAWING TRUSTEE'S MOTION TO DISMISS ON CONDITION AND AMENDED MOTION TO DISMISS ON CONDITION**

Comes now before the Court in the above styled matter the Motion to Dismiss and Amended Motion to Dismiss filed by the Chapter 12 Standing Trustee. It appears the parties have settled the matter. The parties agree as follows:

1. Debtors shall be current on the filing of their monthly operating reports on or before September 20, 2024.

2. Debtors shall remain current on the filing of their monthly operating reports for the six months following September 20, 2024.

3. Debtors shall be current on their payments on or before September 20, 2024.

4. Should the Debtors fail to be current on the filing of their monthly operating reports on or before September 20, 2024 or fail to remain current on the filing of their monthly operating reports for the six months following September 20, 2024, or fail to be current on their payments on or before September 20, 2024, Trustee may move for an order dismissing this case, ex parte.

IT IS SO ORDERED.

Honorable Bianca M. Rucker
United States Bankruptcy Judge
Dated: 07/15/2024

APPROVED:

/s/ Renee S. Williams
Renee S. Williams

/s/ Marc Honey
Marc Honey